AO 93 (Rev. 5/85) Search Warrant

FILED
08 JAN 18 AM 10:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [illegible] DEPUTY

# United States District Court

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The property located at:
1145 E. Taylor Street
Vista, California

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0149

TO: Leslie Y. Gorman, Special Agent, EPA and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Leslie Y. Gorman (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment "A" (incorporated herein).

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

See Attachment "B" (incorporated herein).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1-26-08 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Nita L. Stormes (U.S. Judge or Magistrate) as required by law.

1-16-08 at San Diego CA
Date and Time Issued — City and State

Nita L. Stormes, U.S. Magistrate Judge — [signature]
Name and Title of Judicial Officer — Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/16/08 | 01/17/08 9:00 am | Chuck Crist |

INVENTORY MADE IN THE PRESENCE OF N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Warrant executed, no items seized

## CERTIFICATION

**I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.**

[signature]

**Subcribed, sworn to, and returned before me this date.**

[signature] 1-18-08

U.S. Judge or Magistrate Date

## ATTACHMENT A

The premises to be searched is the household hazardous waste drop-off facility located at 1145 East Taylor Street in Vista California. The facility is bounded by East Taylor Street to the north, another property to the south, Laguna Lane to the east, and another property to the west. The entire property is enclosed by fencing approximately six feet tall, consisting of brown wooden slats and chain link.

On the northwest corner of the premises, there is a white stucco-style square post adjacent to wooden slat fencing immediately to the east along East Taylor Street. Further to the east along East Taylor Street is the entrance, which is a wooden slat gate. Just to the west of the gate three signs are posted. See photograph attached hereto as Exhibit 1. The first sign is a green street sign with white letters that reads "1145 E. Taylor". The next sign is a blue sign with white letters that reads "CITY OF VISTA HOUSEHOLD HAZARDOUS WASTE/USED OIL COLLECTION FACILITY". The next sign is a blue sign with white letters that reads "IT IS ILLEGAL TO ABANDON HAZARDOUS WASTE (CALIF. H&SC SEC. 25189.5) UP TO $100,000 FINE PER INCIDENT". Just to the left of the three signs there is a small call button and speaker. To the west of the entrance is a blue sign with white letters that reads "OPEN SATURDAYS ONLY 9:00A.M. TILL 3:00P.M. CLOSED HOLIDAY WEEKENDS FOR ADDITIONAL INFORMATION CALL 1(800)714-1195".

On the eastern side of the facility, on Laguna Lane, is the exit. There is a chain link gate, as pictured in the photograph attached hereto as Exhibit 2. The rear of the facility is enclosed by a chain link fence with reddish-colored slats.

Inside the fencing, to the east side there is an office trailer, near the front entrance. See photograph attached hereto as Exhibit 3. Against the fence to the east side there are two storage lockers. Against the south side of the fence, there are several hazardous waste storage lockers, pictured in the photograph attached hereto as Exhibit 4. Against the southwest side of the fence, there are approximately five (5) conex boxes that contain electronic waste and batteries. West of the office trailer is a bermed, covered area. See photograph, attached hereto as Exhibit 5. In the northeast corner of the covered area, there is a one thousand (1,000) gallon above ground storage tank. Just west of the covered area is a forty (40) foot roll-off container.

# EXHIBIT 1



# EXHIBIT 2


NOTICE!
Closed Circuit
Television

# EXHIBIT 3



# EXHIBIT 4


HOUSEHOLD CLEANERS
YARD & GARDEN PRODUCTS
PAINT PRODUCTS

# EXHIBIT 5



ATTACHMENT B

Evidence to be seized includes the following:

1. Containers of CFC R-12 or other Class I ozone depleting chemicals stored outside of their designated areas.

2. Containers of unregistered pesticides stored outside of their designated areas.

3. The following records for the period from April, 2005, through the present:

a. records relating to the drop off, transfer, storage, inventory, distribution, disposal and shipment of CFCs and unregistered pesticides, including DDT and chlordane;

b. purchase orders, packing lists, invoices, bills of lading, receipts, hazardous waste manifests, and other records related to the shipping of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

c. correspondence, facsimiles, records of telephone conversations relating to the drop off, transfer, transportation, storage, disposal and distribution of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

d. records identifying the persons dropping off, transporting and disposing of CFCs, and unregistered pesticides;

e. records of payment for the receipt of, storage, transportation and disposal of CFCs and unregistered pesticides;

f. all permanent and temporary files containing copies of CAA Section 609 Certifications for purchasers of CFCs;

g. David Grummer's hazardous materials training records, including training records regarding the shipment of hazardous materials;

h. records related to the storage of CFCs and unregistered pesticides, including records of the date of accumulation of the hazardous materials;

i. records related to the transportation of hazardous materials by David Grummer;

j. records relating to the relationship between Free Electronic Disposal and Clean Harbors, including but not limited to contracts, invoices, memorandum, notes, facsimiles, correspondence and records of transfer of property;

k. records related to federal rules and regulations applicable to the shipment or transportation of hazardous materials, including brochures, pamphlets, industry publications, guidance letters, information printed from internet websites and training materials;

l. hazardous waste manifests and other records of the transportation, storage and disposal of hazardous waste that include CFCs and unregistered pesticides;